UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LUCY A. CHANDLER, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MICHAEL J. ASTRUE, Commissioner )<br>of the Social Security Administration, )<br>)<br>Defendant. )<br>) | 1:08-cv-0755-LJM-JMS |

## **ENTRY OF JUDGMENT**

Through an order dated August 7, 2009, the Court **REMANDED** defendant's, the Commissioner of Social Security, decision to deny plaintiff's, Lucy A. Chandler, application for Disability Insurance Benefits.

DATED this 7th day of August, 2009.

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U. S. District Court

Distribution attached.

Distribution to:

J. Frank Hanley II
laurasiener@aol.com

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov